**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 21, 2022

**BY ECF**

Honorable Katherine P. Failla
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007



MEMO ENDORSED

Re:   **United States v. Jose Acevedo**, 22 Cr. 474 (KPF)

Dear Judge Failla:

I write, with the consent of the Government, to respectfully request an adjournment of approximately 60 days of the status conference in the above captioned matter, currently scheduled for December 1, 2022. Mr. Acevedo requests this adjournment to allow additional time to review discovery and to explore with the Government the possibility of a pre-trial disposition.

Mr. Acevedo consents to the exclusion of time pursuant to the Speedy Trial Act.

Respectfully submitted,

*/s/ Amy Gallicchio*

---
Amy Gallicchio
Assistant Federal Defender
Office: (212) 417-8728
Cell: (917) 612-3274

cc: AUSA Lisa Daniels

Application GRANTED.  The status conference currently scheduled for December 1, 2022, is hereby ADJOURNED to **February 17, 2023, at 11:30 a.m.**  It is further ORDERED that time is excluded under the Speedy Trial Act between December 1, 2022, and February 17, 2023.  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial because it will permit Defendant and defense counsel to continue to review discovery and prepare any pretrial motions and permit the parties to consider a pre-trial disposition.

Dated:     November 22, 2022             SO ORDERED.
           New York, New York

                                         *Katherine Polk Failla*

                                         HON. KATHERINE POLK FAILLA
                                         UNITED STATES DISTRICT JUDGE