

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 30, 2023

**BY ECF**
The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Jose Acevedo*, S1 22 Cr. 474 (KPF)

Dear Judge Failla:

    The Government respectfully submits this letter to request that the Court endorse a proposed protective order, which is enclosed.  For the reasons set forth in the proposed order, and with the consent of defense counsel, the Government respectfully requests that the Court endorse the enclosed order.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: /s/ Lisa Daniels
Lisa Daniels
Assistant United States Attorney
Southern District of New York
Tel: (212) 637-2955

*Enclosure*

Cc:    Counsel of record (by ECF)

```
Application GRANTED.  The Court will separately enter the signed
protective order.

The Clerk of Court is directed to terminate the pending motion at
docket number 13.
```

Dated:    March 30, 2023
            New York, New York

SO ORDERED.

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE